# Court of Appeals
# of the State of Georgia

ATLANTA,  June 28, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1965.  KEITH PEEK v. JACKSON COUNTY, GEORGIA.**

Keith Peek filed a civil action against Jackson County, Georgia.  Jackson County filed a motion to dismiss for lack of subject matter jurisdiction under OCGA § 9-11-12 (b) (1).  Thereafter, Peek filed a motion to add two Jackson County employees as party defendants to the case.  The trial court then entered an order granting Jackson County's motion to dismiss, but reserved ruling on the motion to add party defendants.  Peek filed this direct appeal from that order.  Jackson County has filed a motion to dismiss the appeal because there is no final, appealable order.  We agree.

Generally, an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the trial court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court.  *Thomas v. Douglas County*, 217 Ga. App. 520, 522 (1) (457 SE2d 835) (1995).  Here, the case remains pending in the trial court to rule on the motion to add party defendants.  Thus, the order Peek seeks to appeal is a non-final order which did not resolve all issues in the case.  He therefore was required to follow the procedures for interlocutory review as set forth in OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991); *Gray v. Springs*, 224 Ga. App. 427, 427 (481 SE2d 3) (1997).  Consequently, this Court lacks jurisdiction over this appeal.  Jackson

County's motion to dismiss is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  06/28/2019
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*